𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

𝔍𝔬𝔥𝔫 𝔍𝔬𝔰𝔢𝔭𝔥 𝔐𝔬𝔞𝔨𝔩𝔢𝔶 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱𝔥𝔬𝔲𝔰𝔢
'𝔱 ℭ𝔬𝔲𝔯𝔱𝔥𝔬𝔲𝔰𝔢 𝔚𝔞𝔶, 𝔖𝔲𝔦𝔱𝔢 8110
𝔅𝔬𝔰𝔱𝔬𝔫, 𝔐𝔞𝔰𝔰𝔞𝔠𝔥𝔲𝔰𝔢𝔱𝔱𝔰 02210

**PATTI B. SARIS**
**DISTRICT JUDGE**
(617) 748-4831
▬▬▬▬▬

E-mail Address:


August 26, 2008

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

**RE:  Financial Disclosure Report - Amendments to 2006 & 2007**
      **Saris, Patti B., District Court Judge (Active), U.S.D.C.**
      **Massachusetts**

Dear Sir or Madam:

      This letter is being submitted to the Committee on Financial
Disclosure as an Amendment to each of my Financial Disclosure
Reports (Form AO-10) for calendar years 2006 and 2007 to provide
additional information inadvertently omitted from **Part VI.
Liabilities** of my original filings.  The required information has
been reported below.

Amendment to Calendar Year 2006 Financial Disclosure Report:

**VI. Liabilities**

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  UBS AG | Line of Credit/Loan | NONE |

Amendment to Calendar Year 2007 Financial Disclosure Report:

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  UBS AG | Line of Credit/Loan | NONE |

Please do not hesitate to contact me at (617) 748-4831 if you have any questions.

PATTI B. SARIS
United States District Judge

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SARIS, PATTI B | 2. Court or Organization<br><br>U.S.D.C. MASSACHUSETTS | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>J. J. MOAKLEY U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 8110<br>BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #3 |
| 2. CO-TRUSTEE | TRUST #4 |
| 3. CO-TRUSTEE | TRUST #5 |
| 4. TRUSTEE | TRUST #6 |
| 5. TRUSTEE | TRUST #7 |
| 6. TRUSTEE | TRUST #8 |
| 7. TRUSTEE | TRUST #9 |
| 8. CO-TRUSTEE | TRUST #13 |
| 9. Director | Bottom Line Inc., Boston, MA |
| 10. Director/Officer | Federal Judges Association (FJA) |
| 11. Officer/Clerk | 21st Century Fund, Brookline High School, Brookline, MA |

2008 MAY 15 P 3: 39 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2007 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2007 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - Nonemployee compensation |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Assn | 3/1-3/2 | San Diego, CA | Meeting US Judicial Conf | Flight and lodging |
| 2. | International Research & Exchange Board (USAID) | 3/12-3/13 | Moscow, Russia | Meeting/seminar | Flight and lodging |
| 3. | American Bar Assn | 4/24 | Arlington, VA | Education Seminar/Program | Flight and lodging |
| 4. | Tampa Bay Bar Assn | 5/24-5/25 | Salt Lake City, UT | Seminar/Program | Flight and lodging |
| 5. | American Bar Assn | 10/25-10/26 | Chicago, IL | Education Seminar/Program | Flight and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Mass St G/O RFDG Series, Municipal Bonds | B | Interest | | | Matured- all | 11/01 | K | | |
| 2. Mass. St Port Authority, Muni Bonds | C | Interest | L | T | Partl sale | 07/02 | J | | |
| 3. | | | | | Buy | 08/07 | L | | |
| 4. Mass. St G/O Cons Ln Series, Muni Bonds | A | Interest | J | T | | | | | |
| 5. University Mass. Bldg, Municipal Bonds | B | Interest | K | T | | | | | |
| 6. Mass. Bay Trans Authority, Municipal Bonds | D | Interest | L | T | Partl call | 03/01 | K | | |
| 7. Strips TNT, Public Security (IRA) | B | Interest | L | T | | | | | |
| 8. Mass. St Convention Ctr Auth., Municipal Bonds | B | Interest | | | Sell all | 06/29 | K | | |
| 9. Venture Investors Fund, LP | D | Distribution | K | W | | | | | |
| 10. MA St Cons Loan Series, Municipal Bonds | D | Interest | | | Sell all | 02/20 | N | A | |
| 11. Bank of America (formerly Fleet National Bank), Accounts | A | Interest | J | T | | | | | |
| 12. - Bank of America , PCA Acct | B | Interest | M | T | | | | | |
| 13. WellsFargo Avtg Gov Sec Fd (formerly StrongGovtSec) Mutual Fd | A | Dividend | J | T | | | | | |
| 14. Realty Assoc Fund III Tr - Add'l Distn rec'd in 2007 | F | Distribution | | | | | | | |
| 15. MA St General Oblig Series, Municipal Bonds | A | Interest | K | T | Buy | 03/01 | J | | |
| 16. | | | | | Partial Sale | 03/01 | J | | |
| 17. Mass State.Housing Agency, Municipal Bonds | A | Interest | | | Sell all | 12/03 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Realty Assoc Fund IV Corp | A | Dividend | J | W | | | | | |
| 19. Realty Assoc Fund IV, LLC | H2 | Distribution | P1 | W | | | | | |
| 20. Tucker Anthony Private Equity Fund I, LP | F | Distribution | N | U | | | | | |
| 21. ADD Venture Associates II (401(k)) | | | | | Distn/Rollvr | 11/14 | J | | See note VIII |
| 22. Mass St Tpk Auth. Municipal Bond | C | Interest | L | T | | | | | |
| 23. TA Rich LLC | | None | | | Final Distn | 12/31 | L | | |
| 24. TA Conference LLC | | None | P1 | W | | | | | |
| 25. Realty Associates Fund V, LLC | G | Distribution | P2 | W | | | | | |
| 26. NSR, LLC | | None | | | Distribution | 01/11 | K | | |
| 27. | | | | | Final Distn | 02/27 | J | | |
| 28. Tucker Anthony Private Equity Fund II | F | Distribution | N | U | Cap Contrib | 09/25 | J | | |
| 29. Mass. In'l Fin Agy Municipal Bonds | B | Interest | M | T | Partl sale | 03/01 | K | | |
| 30. | | | | | Buy | 03/01 | M | | |
| 31. Tucker Anthony Private Equity Fund III | F | Distribution | N | U | Cap Contrib | 05/08 | J | | |
| 32. | | | | | Cap Contrib | 06/27 | J | | |
| 33. | | | | | Cap Contrib | 12/28 | J | | |
| 34. Tucker Anthony Private Equity Technology LP | E | Distribution | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #5 | G | Dividend | P2 | T | | | | | |
| 36. - Federated Govt Oblig Fd money market (cash equiv.) | | | | | Purchase | 03/16 | M | | |
| 37. | | | | | Purchase | 12/03 | P1 | | |
| 38. | | | | | Purchase | 12/21 | N | | |
| 39. | | | | | Withdrawal | 04/17 | M | | |
| 40. | | | | | Withdrawal | 05/21 | K | | |
| 41. | | | | | Withdrawal | 05/25 | L | | |
| 42. | | | | | Withdrawal | 12/24 | P1 | | |
| 43. - GMO Intl Instrinsic Val Fd Cl III (formerly Cl II) MutFd | | | | | Buy | 07/10 | K | | |
| 44. | | | | | Buy | 12/26 | M | | |
| 45. - Longleaf Partners Fd Mutual Fund | | | | | Partial sale | 09/14 | J | A | |
| 46. | | | | | Partial sale | 09/18 | J | B | |
| 47. | | | | | Buy | 11/07 | J | | |
| 48. - Vanguard 500 Index Fd Admiral Mutual Fund | | | | | Exchange | 10/05 | M | | |
| 49. - Vanguard 500 Index Fd sig Fd Mutual Fd (new) | | | | | Rcpt fr Exch | 10/05 | M | | |
| 50. - Common Sense Partners LP | | | | | Full W/D | 12/31 | P1 | | |
| 51. - Baupost Value Partners LP 1 | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 53.   - First Eagle Gold Fd Cl I (formerly Cl A), Mutual Fund | | | | | Receipt | 11/29 | P1 | | See note VIII |
| 54. | | | | | Partl sale | 11/30 | P1 | G | |
| 55. | | | | | Sell all | 12/20 | N | G | |
| 56.   - MSIF Intl Small Cap Cl A, Mutual Fund | | | | | Partl sale | 03/09 | M | D | |
| 57. | | | | | Sell all | 03/14 | M | E | |
| 58.   - PIMCO Commodity Real Return, Mutual Fd | | | | | | | | | |
| 59.   - Global Fixed Inc Brandywine Inv Tr Mututal Fd | | | | | | | | | |
| 60.   - Marsico Growth Fd, Mutual Fund | | | | | Buy | 12/16 | J | | |
| 61.   - Aberdeen Emerging Mkts Fd Mutual Fd (new) | | | | | Buy | 05/23 | L | | |
| 62. | | | | | Buy | 12/13 | J | | |
| 63.   - Van Eck Intl Invest Gold-A Mutual Fd (new) | | | | | Buy | 12/21 | O | | |
| 64. | | | | | Buy | 12/31 | L | | |
| 65.   Trust #6 | E | Int./Div. | O | T | | | | | |
| 66.   - MA Commonwealth GO Cons Loan Municipal Bonds | | | | | Sell all | 06/01 | J | A | |
| 67.   - MA St Genl Oblig Muni Fonds | | | | | | | | | |
| 68.   - MA St Grant Antic Nts Municipal Bond | | | · | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Chilmark MA Municipal Bonds | | | | | | | | | |
| 70.   - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 71.   - MA St Helath & Ed Municipal Bond | | | | | Buy | 06/07 | K | | |
| 72.   - MA Water Pollution Municipal Bd | | | | | | | | | |
| 73.   - Norwood, MA Municipal Bd | | | | | | | | | |
| 74.   - Town of Foxborough, MA Municipal Bond | | | | | | | | | |
| 75.   - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 76.   - MA St Dev Fin Agy Municipal Bds | | | | | | | | | |
| 77.   - MA St Port Auth Municipal Bd | | | | | | | | | |
| 78.   - BearStearns Munifd cash equiv | | | | | Full W/D | 12/04 | J | | |
| 79.   - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/27 | J | | |
| 80.   Trust #7 | E | Int./Div. | N | T | | | | | |
| 81.   - MA Commonwealth GO Cons. Loan, Municipal Bond | | | | | Sell all | 06/01 | K | A | |
| 82.   - MA St. Genl Oblig. Municipal Bonds | | | | | | | | | |
| 83.   - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 84.   - Chilmark MA Municipal Bd | | | | | | | | | |
| 85.   - MA Bay Trans Auth Municipal Bd | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - MA St Health & Ed Municipal Bd | | | | | Buy | 06/07 | K | | |
| 87.  - MA Water Pollution Municipal Bd | | | | | | | | | |
| 88.  - Norwood MA Municipal Bd | | | | | | | | | |
| 89.  - University MA Bldg Auth Municipal Bond | | | | | | | | | |
| 90.  - MA St Dev Fin Agy Municipal Bond | | | | | | | | | |
| 91.  - MA St Port Auth Municipal Bd | | | | | | | | | |
| 92.  - MA St Tpk Aluth Municipal Bd | | | | | | | | | |
| 93.  - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/04 | J | | |
| 94.  - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/05 | J | | |
| 95.  Trust #8 | E | Int./Div. | N | T | | | | | |
| 96.  - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | Sell all | 06/01 | J | A | |
| 97.  - MA St General Oblig Municipal Bonds | | | | | | | | | |
| 98.  - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 99.  - Chilmark, MA Municipal Bd | | | | | | | | | |
| 100.  - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 1●1.  - MA St Health & Ed Municipal Bd | | | | | Buy | 06/07 | K | | |
| 102.  - MA Water Pollution Municipal Bd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and ●4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,0●0 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Norwood, MA Municipal Bd | | | | | | | | | |
| 104. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 105. - MA St Dev Fin Auth Municipal Bds | | | | | | | | | |
| 106. - MA St Port Auth Municipal Bds | | | | | | | | | |
| 107. - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 108. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/04 | J | | |
| 109. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/05 | K | | |
| 110. Trust #9 | E | Int./Div. | N | T | | | | | |
| 111. - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | Sell all | 06/01 | J | A | |
| 112. - MA St Genl Oblig Municipal Bonds | | | | | | | | | |
| 113. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 114. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 115. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 116. - MA Health & Ed Municipal Bd | | | | | Buy | 06/07 | K | | |
| 117. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 118. - Norwood, MA Municipal Bd | | | | | | | | | |
| 119. - University MA Bldg Auth Municipal Bds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - MA St Dev Fin Agy Municipal Bds | | | | | | | | | |
| 121.  - MA St Port Auth Municipal Bds | | | | | | | | | |
| 122.  - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 123.  - New Bedford MA G/O Municipal Bds | | | | | | | | | |
| 124.  - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/04 | J | | |
| 125.  - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/27 | J | | |
| 126.  Trust #10 | | None | M | W | . | | | | |
| 127.  - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 128.  Trust #11 | A | Dividend | P1 | W | | | | | |
| 129.  - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 130.   - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 131.  - Manufacturers Life Ins, universal life insurance | | | | | | | | | |
| 132.  - Federated USTreas Cash Rsv cash eq mututal fd (new) | | | | | Purchase | 11/20 | K | | |
| 133.  Trust #12 | G | Distribution | | | Full Distn | 12/19 | P2 | | See note VIII |
| 134.  - Realty Associates Fund IV LLC | | | | | Full Distn | 10/25 | P2 | H1 | |
| 135.  - Federated Govt ●blg money market cash equivaltents | | | | | Purchase | 01/22 | K | | |
| 136. | | | . | | Purchase | 04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate ●nly) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Purchase | 10/25 | P2 | | |
| 138. | | | | | Purchase | 11/01 | J | | |
| 139. | | | | | Withdrawal | 02/10 | K | | |
| 140. | | | | | Withdrawal | 04/10 | L | | |
| 141. | | | | | Full W/D | 11/20 | P2 | | |
| 142. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P2 | | |
| 143. | | | | | Purchase | 12/04 | K | | |
| 144. | | | | | Withdrawal | 11/23 | P2 | | |
| 145. | | | | | Full W/D | 12/19 | M | | |
| 146. - US Treasury Bills (new) | | | | | Purchase | 11/23 | P2 | | |
| 147. | | | | | Full Distn | 12/19 | P2 | | See note VIII |
| 148. Trust #13 | | None | K | W | | | | | |
| 149. - SBLI, life insurance (cash value) | | | | | | | | | |
| 150. UBS Bank (Canada) - Financial Institution | F | Interest | P1 | T | Purchase | 06/28 | J | | |
| 151. | | | | | Purchase | 07/27 | M | | |
| 152. | | | | | Purchase | 08/02 | J | | |
| 153. | | | | | Purchase | 09/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Redemp&FExch | 06/01 | K | A | |
| 155. | | | | | Redemp&FExch | 06/01 | M | B | |
| 156. | | | | | Redemp&FExch | 12/03 | M | C | |
| 157. UBS AG, Financial Institution | G | Interest | P2 | T | Redemp&FExch | 01/29 | K | C | |
| 158. | | | | | Redemp&FExch | 01/29 | O | | |
| 159. | | | | | Redemp&FExch | 03/07 | K | B | |
| 160. | | | | | Redemp&FExch | 09/04 | O | F | |
| 161. | | | | | Purchase | 01/26 | O | | |
| 162. | | | | | Purchase | 04/02 | L | | |
| 163. | | | | | Purchase | 08/20 | L | | |
| 164. | | | | | Purchase | 11/05 | L | | |
| 165. | | | | | Purchase | 03/07 | O | | |
| 166. | | | | | Purchase | 02/19 | N | | |
| 167. | | | | | Purchase | 09/05 | P1 | | |
| 168. Cape Communications Promissory Note | | None | K | T | | | | | |
| 169. Federated Govt Obligation Fd money market (cash equivalent | G | Dividend | | | Purchase | 01/03 | P1 | | |
| 170. | | | | | Purchase | 01/04 | N | | |

| 1. Income Gain Codes; (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Purchase | 01/08 | M | | |
| 172. | | | | | Purchase | 01/11 | K | | |
| 173. | | | | | Purchase | 01/17 | L | | |
| 174. | | | | | Purchase | 01/18 | N | | |
| 175. | | | | | Purchase | 01/22 | M | | |
| 176. | | | | | Purchase | 02/02 | P1 | | |
| 177. | | | | | Purchase | 02/28 | K | | |
| 178. | | | | | Purchase | 03/16 | P1 | | |
| 179. | | | | | Purchase | 03/19 | M | | |
| 180. | | | | | Purchase | 03/22 | N | | |
| 181. | | | | | Purchase | 04/27 | N | | |
| 182. | | | | | Purchase | 05/02 | K | | |
| 183. | | | | | Purchase | 05/08 | N | | |
| 184. | | | | | Purchase | 06/06 | P1 | | |
| 185. | | | | | Purchase | 06/12 | M | | |
| 186. | | | | | Purchase | 06/15 | M | | |
| 187. | | | | | Purchase | 06/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Purchase | 07/17 | M | | |
| 189. | | | | | Purchase | 07/31 | N | | |
| 190. | | | | | Purchase | 08/01 | L | | |
| 191. | | | | | Purchase | 08/31 | K | | |
| 192. | | | | | Purchase | 09/05 | P1 | | |
| 193. | | | | | Purchase | 09/07 | ● | | |
| 194. | | | | | Purchase | 10/01 | P1 | | |
| 195. | | | | | Purchase | 10/16 | N | | |
| 196. | | | | | Purchase | 10/19 | M | | |
| 197. | | | | | Purchase | 10/25 | P2 | | |
| 198. | | | | | Purchase | 11/01 | K | | |
| 199. | | | | | Purchase | 11/02 | N | | |
| 200. | | | | | Purchase | 11/16 | M | | |
| 201. | | | | | Purchase | 12/17 | K | | |
| 202. | | | | | Purchase | 05/17 | K | | |
| 203. | | | | | Withdrawal | 01/05 | M | | |
| 204. | | | | | Withdrawal | 01/08 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Withdrawal | 01/10 | K | | |
| 206. | | | | | Withdrawal | 01/10 | L | | |
| 207. | | | | | Withdrawal | 01/19 | M | | |
| 208. | | | | | Withdrawal | 01/25 | L | | |
| 209. | | | | | Withdrawal | 02/07 | L | | |
| 210. | | | | | Withdrawal | 02/09 | J | | |
| 211. | | | | | Withdrawal | 02/12 | K | | |
| 212. | | | | | Withdrawal | 02/16 | L | | |
| 213. | | | | | Withdrawal | 02/22 | L | | |
| 214. | | | | | Withdrawal | 02/27 | M | | |
| 215. | | | | | Withdrawal | 03/06 | L | | |
| 216. | | | | | Withdrawal | 03/09 | K | | |
| 217. | | | | | Withdrawal | 03/12 | M | | |
| 218. | | | | | Withdrawal | 03/13 | K | | |
| 219. | | | | | Withdrawal | 03/14 | K | | |
| 220. | | | | | Withdrawal | 03/19 | P1 | | |
| 221. | | | | | Withdrawal | 03/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Withdrawal | 03/21 | L | | |
| 223. | | | | | Withdrawal | 03/27 | P1 | | |
| 224. | | | | | Withdrawal | 03/30 | K | | |
| 225. | | | | | Withdrawal | 04/02 | L | | |
| 226. | | | | | Withdrawal | 04/04 | K | | |
| 227. | | | | | Withdrawal | 04/09 | N | | |
| 228. | | | | | Withdrawal | 04/10 | L | | |
| 229. | | | | | Withdrawal | 04/13 | M | | |
| 230. | | | | | Withdrawal | 04/16 | P1 | | |
| 231. | | | | | Withdrawal | 04/30 | J | | |
| 232. | | | | | Withdrawal | 05/04 | O | | |
| 233. | | | | | Withdrawal | 05/14 | N | | |
| 234. | | | | | Withdrawal | 05/18 | L | | |
| 235. | | | | | Withdrawal | 05/21 | N | | |
| 236. | | | | | Withdrawal | 06/04 | M | | |
| 237. | | | | | Withdrawal | 06/12 | P1 | | |
| 238. | | | | | Withdrawal | 06/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Withdrawal | 06/19 | L | | |
| 240. | | | | | Withdrawal | 06/25 | P1 | | |
| 241. | | | | | Withdrawal | 07/02 | M | | |
| 242. | | | | | Withdrawal | 07/10 | L | | |
| 243. | | | | | Withdrawal | 07/16 | K | | |
| 244. | | | | | Withdrawal | 07/18 | L | | |
| 245. | | | | | Withdrawal | 07/30 | O | | |
| 246. | | | | | Withdrawal | 08/10 | L | | |
| 247. | | | | | Withdrawal | 08/14 | K | | |
| 248. | | | | | Withdrawal | 08/20 | K | | |
| 249. | | | | | Withdrawal | 08/23 | L | | |
| 250. | | | | | Withdrawal | 08/24 | L | | |
| 251. | | | | | Withdrawal | 08/27 | M | | |
| 252. | | | | | Withdrawal | 08/30 | K | | |
| 253. | | | | | Withdrawal | 09/04 | K | | |
| 254. | | | | | Withdrawal | 09/06 | M | | |
| 255. | | | | | Withdrawal | 09/07 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Withdrawal | 09/11 | O | | |
| 257. | | | | | Withdrawal | 09/18 | M | | |
| 258. | | | | | Withdrawal | 09/21 | K | | |
| 259. | | | | | Withdrawal | 09/27 | L | | |
| 260. | | | | | Withdrawal | 10/02 | K | | |
| 261. | | | | | Withdrawal | 10/03 | K | | |
| 262. | | | | | Withdrawal | 10/11 | L | | |
| 263. | | | | | Withdrawal | 10/15 | M | | |
| 264. | | | | | Withdrawal | 10/18 | K | | |
| 265. | | | | | Withdrawal | 10/22 | J | | |
| 266. | | | | | Withdrawal | 10/29 | M | | |
| 267. | | | | | Withdrawal | 10/30 | P1 | | |
| 268. | | | | | Withdrawal | 11/13 | J | | |
| 269. | | | | | Withdrawal | 11/14 | L | | |
| 270. | | | | | Withdrawal | 11/19 | P2 | | |
| 271. | | | | | Full W/D | 12/20 | M | | |
| 272. European Investment Bank Ser - corporate bonds | E | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ●=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ●=Appraisal | R =Cost (Real Estate ●nly) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. MA Water Pollution Municipal Bonds | D | Interest | K | T | Partl mature | 02/01 | K | | |
| 274. Tucker Anthony Private Equity Fund IV | F | Distribution | N | U | Cap Contrib | 02/07 | J | | |
| 275. | | | | | Cap Contrib | 03/29 | J | | |
| 276. | | | | | Cap Contrib | 05/03 | J | | |
| 277. | | | | | Cap Contrib | 06/21 | J | | |
| 278. | | | | | Cap Contrib | 11/27 | J | | |
| 279. | | | | | Cap Contrib | 12/27 | J | | |
| 280. IRA Rollover | | | | | | | | | |
| 281. - Federated Govt Oblig money market fd cash equivalent | A | Dividend | | | Purchase | 11/15 | J | | |
| 282. | | | | | Full W/D | 11/20 | J | | |
| 283. - PIMCO Commodity Real Return Mututal Fund | E | Dividend | ● | T | Purchase | 03/23 | J | | |
| 284. | | | | | Purchase | 06/22 | J | | |
| 285. | | | | | Purchase | 09/21 | J | | |
| 286. | | | | | Purchase | 11/28 | K | | |
| 287. - Federated USTreas Cash Rsv cash eq mutual fd (new) | A | Dividend | J | T | Purchase | 11/21 | J | | |
| 288. - Zoom Information Inc Cl B closely held (new) | | None | J | W | Recpt Rollvr | 11/14 | J | | See note VIII |
| 289. Europac Growth Fd Mutual Fund | G | Dividend | P1 | T | Partl sale | 10/26 | N | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Buy | 12/12 | M | | |
| 291. First Eagle Gold Fd C11-formerly First Eagle Sogen Gold Fd | G | Dividend | | | Partl sale | 09/04 | P1 | G | |
| 292. | | | | | Distribution | 11/19 | P1 | | See Note VIII |
| 293. | | | | | Buy | 12/13 | K | | |
| 294. | | | | | Sell all | 12/20 | O | G | |
| 295. GMO Tax Managed Intl Eq III Mutual fund | G | Dividend | P1 | T | Buy | 07/10 | L | | |
| 296. | | | | | Partl sale | 09/05 | N | G | |
| 297. | | | | | Buy | 12/26 | M | | |
| 298. Longleaf Partners Fund Mututal Fund | E | Dividend | P1 | T | Buy | 11/07 | L | | |
| 299. MSIF Inc Intl Small Cap Cl A mutual fund | | None | | | Sell all | 03/14 | P1 | G | |
| 300. Battery Ventures VI L.P. | D | Distribution | M | U | | | | | |
| 301. Brookside Cap Partners Fd L.P. | | None | P2 | W | | | | | |
| 302. Friends of Lime Rock II L.P. | G | Distribution | O | U | Cap Contrib | 08/31 | J | | |
| 303. | | | | | Cap Contrib | 12/26 | J | | |
| 304. MW Special Situations L.P. | | None | P1 | U | | | | | |
| 305. Park St Capl Natural Res Fd L.P. | E | Distribution | N | U | Cap Contrib | 01/02 | J | | |
| 306. | | | | | Cap Contrib | 08/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Cap Contrib | 09/06 | J | | |
| 308. | | | | | Cap Contrib | 11/28 | J | | |
| 309. | | | | | Cap Contrib | 12/21 | J | | |
| 310. | | | | | Cap Contrib | 12/26 | J | | |
| 311. Patron Capital L.P. 1 | D | Distribution | P1 | U | Cap Contrib | 02/07 | J | | |
| 312. Perry Partners LP- Final distn held in escrow a/o 12/31/06. | | None | | | Distn Escrow | 03/22 | N | | |
| 313. | | | | | Final Distn | 10/29 | J | | |
| 314. US Fidenza LLC | | None | K | U | | | | | |
| 315. US Wertheim LLC | | None | M | U | | | | | |
| 316. Baupost Value Partners LP II | | None | P2 | U | | | | | |
| 317. MFB Northern Trust Co Funds Muni MM cash equiv. | D | Dividend | L | T | Withdrawal | 12/20 | M | | |
| 318. | | | | | Withdrawal | 12/27 | N | | |
| 319. | | | | | Withdrawal | 12/28 | N | | |
| 320. | | | | | Purchase | 09/28 | J | | |
| 321. | | | | | Purchase | 05/31 | J | | |
| 322. | | | | | Purchase | 11/30 | N | | |
| 323. | | | | | Purchase | 02/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Purchase | 06/29 | K | | |
| 325. | | | | | Purchase | 07/31 | K | | |
| 326. | | | | | Purchase | 08/31 | K | | |
| 327. | | | | | Purchase | 03/30 | J | | |
| 328. | | | | | Purchase | 10/31 | J | | |
| 329. Fort Worth TX Wtr & Swr Municipal Bond | E | Interest | O | T | | | | | |
| 330. NB Pub Dist Municipal Bond | D | Interest | N | T | | | | | |
| 331. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 332. Phoenix AZ Civic Impt Municipal Bond | E | Interest | O | T | Partl sale | 08/07 | M | B | |
| 333. | | | | | Buy | 09/07 | N | | |
| 334. Salt Riv Proj AZ Agric Municipal Bond | D | Interest | N | T | | | | | |
| 335. Trust #14 | E | Distribution | O | T | | | | | |
| 336. - MA Bay Trans Auth Municipal Bond | | | | | Sell all | 03/01 | J | | |
| 337. - Mashpee MA Municipal Bond | | | | | | | | | |
| 338. - MA GO Rfdg Bds Municipal Bonds | | | | | | | | | |
| 339. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 340. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.   - Weston MA GO Municipal Bond | | | | | | | | | |
| 342.   - MA St Port Auth Municipal Bond | | | | | Buy | 08/07 | K | | |
| 343.   - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 344.   - Westford MA Municipal Bond | | | | | | | | | |
| 345.   - Orleans MA GO Municipal Bond | | | | | | | | | |
| 346.   - Stoneham MA Municipal Bond | | | | | | | | | |
| 347.   - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/01 | K | | |
| 348. | | | | | Full W/D | 11/20 | M | | |
| 349.   - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 350.   - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 351.   - MA St Hlth & Edl Municipal Bds | | | | | | | | | |
| 352.   - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/05 | J | | |
| 353.   - MA St Gen'l Oblig Municipal Bd (new) | | | | | Buy | 02/22 | K | | |
| 354.   - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | M | | |
| 355.   - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/06 | J | | |
| 356.   Trust #15 | E | Distribution | O | T | | | | | . |
| 357.   - MA Bay Trans Auth Municipal Bond | | | | | Sell all | 03/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Mashpee MA Municipal Bond | | | | | | | | | |
| 359. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 360. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 361. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |
| 362. - Weston MA GO Municipal Bond | | | | | | | | | |
| 363. - MA St Port Auth Municipal Bond | | | | | Buy | 08/07 | K | | |
| 364. - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 365. - Westford MA Municipal Bond | | | | | | | | | |
| 366. - Orleans MA Municipal Bond | | | | | | | | | |
| 367. - Stoneham MA Municipal Bond | | | | | | | | | |
| 368. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/01 | K | | |
| 369. | | | | | Full W/D | 11/20 | M | | |
| 370. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 371. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 372. - MA St Hlth & Edl Municipal Bds | | | | | | | | | |
| 373. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/05 | J | | |
| 374. - MA St Gen'l Oblig Municipal IBd (new) | | | | | Buy | 02/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | M | | |
| 376. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/27 | J | | |
| 377. Trust # 16 | E | Distribution | ● | T | | | | | |
| 378. - MA Bay Trans Auth Municipal Bond | | | | | Sell all | 03/01 | J | | |
| 379. - Mashpee MA Municipal Bond | | | | | | | | | |
| 380. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 381. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 382. - MA St Wtr Pollutn Municipal Bonds | | | | | | | | | |
| 383. - Weston MA Municipal Bond | | | | | | | | | |
| 384. - MA St Port Auth Municipal Bond | | | | | Buy | 08/07 | K | | |
| 385. - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 386. - Westford MA Municipal Bond | | | | | | | | | |
| 387. - Orleans MA Municipal Bond | | | | | | | | | |
| 388. - Northampton MA Municipal Bond | | | | | | | | | |
| 389. - Stoneham MA Municipal Bond | | | | | | | | | |
| 390. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/01 | K | | |
| 391. | | | | | Full W/D | 11/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 393. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 394. - MA St Hlth & Edl Municipal Bd (new) | | | | | | | | | |
| 395. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/05 | J | | |
| 396. - MA St Gen'l Oblig Municipal Bd (new) | | | | | Buy | 02/22 | K | | |
| 397. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | M | | |
| 398. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/06 | J | | |
| 399. Trust # 17 | E | Distribution | O | T | | | | | |
| 400. - MA Bay Trans Auth Municipal Bond | | | | | Sell all | 03/01 | J | | |
| 401. - Mashpee MA Municipal Bond | | | | | | | | | |
| 402. - MA GO Rfdg ds Municipal Bonds | | | | | | | | | |
| 403. - MA Spl Oblig Municipal Bond | | | | | | | | | |
| 404. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |
| 405. - Weston MA Municipal Bond | | | | | | | | | |
| 406. - MA St Port Auth Municipal Bond | | | | | Buy | 08/07 | K | | |
| 407. - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 408. - Westford MA Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Orleans MA Municipal Bond | | | | | | | | | |
| 410. - Northampton MA Municipal Bond | | | | | | | | | |
| 411. - Stoneham MA Municipal Bond | | | | | | | | | |
| 412. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/01 | K | | |
| 413. | | | | | Full W/D | 11/20 | M | | |
| 414. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 415. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 416. - MA St G/O Municipal Bds | | | | | Buy | 02/22 | K | | |
| 417. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/05 | J | | |
| 418. - Federated USTreas Cash Rsv cash eq mutual fund (new) | | | | | Purchase | 11/21 | M | | |
| 419. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/06 | J | | |
| 420. Park St Capital V LP | E | Distribution | ● | U | Cap Contrib | 01/03 | K | | |
| 421. | | | | | Cap Contrib | 03/26 | J | | |
| 422. | | | | | Cap Contrib | 04/06 | K | | |
| 423. | | | | | Cap Contrib | 06/26 | J | | |
| 424. | | | | | Cap Contrib | 07/30 | K | | |
| 425. | | | | | Cap Contrib | 12/05 | K | | |

1. Income Gain Codes: A =S1,000 or less    B =S1,001 - S2,500    C =S2,501 - S5,000    D =S5,001 - S15,000    E =S15,001 - S50,000
   (See Columns B1 and D4)    F =S50,001 - S100,000    G =S100,001 - S1,000,000    H1 =S1,000,001 - S5,000,000    H2 =More than S5,000,000
2. Value Codes    J =S15,000 or less    K =S15,001 - S50,000    L =S50,001 - S100,000    M =S100,001 - S250,000
   (See Columns C1 and D3)    N =S250,001 - S500,000    O =S500,001 - S1,000,000    P1 =S1,000,001 - S5,000,000    P2 =S5,000,001 - S25,000,000
   P3 =S25,000,001 - S50,000,000    P4 =More than S50,000,000
3. Value Method Codes    ● =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Cap Contrib | 11/29 | J | | |
| 427. | | | | | Cap Contrib | 12/28 | J | | |
| 428. Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 429. Buenos Aires Residential Co LLC | G | Distribution | M | U | | | | | |
| 430. Chilton QP Inv Partners LP | | None | P1 | U | | | | | |
| 431. GMO Emerging Markets Fd Cl III mutual fund | G | Dividend | P2 | T | Buy | 07/10 | N | | |
| 432. | | | | | Partl sale | 09/05 | L | | |
| 433. | | | | | Buy | 12/26 | ● | | |
| 434. Kensico Associates LP | | None | P1 | U | | | | | |
| 435. Novem LP | G | Distribution | P1 | U | | | | | |
| 436. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | Buy | 05/04 | ● | | |
| 437. Tremblant Partners LP | H1 | Distribution | P1 | U | | | | | |
| 438. CA St Municipal Bds | D | Interest | N | T | Buy | 06/26 | M | | |
| 439. | | | | | Buy | 10/18 | L | | |
| 440. Canyon Cnty Ida Municipal Bd | D | Interest | | | Sell all | 03/26 | M | C | |
| 441. Fulton Cnty GA Municipal Bd | | None | M | T | Buy | 12/21 | M | | |
| 442. Texas Mun Pwr Municipal Bds | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Virginia St Municipal Bds | D | Interest | | | Sell all | 09/06 | N | C | |
| 444. PIMCO Commodity Real Return Mutual Fund | A | Dividend | J | T | | | | | |
| 445. Buenos Aires Residential Co II LLC | G | Distribution | M | U | | | | | |
| 446. Friends of Line Rock III LP | G | Distribution | O | U | Cap Contrib | 02/12 | K | | |
| 447. | | | | | Cap Contrib | 04/05 | K | | |
| 448. | | | | | Cap Contrib | 06/04 | K | | |
| 449. | | | | | Cap Contrib | 07/05 | K | | |
| 450. | | | | | Cap Contrib | 10/29 | J | | |
| 451. | | | | | Cap Contrib | 12/14 | K | | |
| 452. Highfields Capital II LP | G | Distribution | P1 | U | | | | | |
| 453. Millgate Partners II, LP | | None | P1 | U | | | | | |
| 454. WMD, LP | C | Distribution | K | U | | | | | |
| 455. Park St Natural Resource Fund II Combined (Private Equity) | E | Distribution | O | U | Cap Contrib | 01/07 | K | | |
| 456. | | | | | Cap Contrib | 02/12 | K | | |
| 457. | | | | | Cap Contrib | 04/02 | K | | |
| 458. | | | | | Cap Contrib | 06/22 | J | | |
| 459. | | | | | Cap Contrib | 07/02 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Cap Contrib | 09/26 | J | | |
| 461. | | | | | Cap Contrib | 10/03 | K | | |
| 462. | | | | | Cap Contrib | 11/26 | K | | |
| 463. | | | | | Cap Contrib | 12/26 | J | | |
| 464. Park Street Capital VI (Private Equity Fd) | E | Distribution | O | U | Cap Contrib | 01/02 | K | | |
| 465. | | | | | Cap Contrib | 03/02 | J | | |
| 466. | | | | | Cap Contrib | 04/02 | L | | |
| 467. | | | | | Cap Contrib | 05/22 | J | | |
| 468. | | | | | Cap Contrib | 06/22 | K | | |
| 469. | | | | | Cap Contrib | 06/27 | J | | |
| 470. | | | | | Cap Contrib | 07/02 | L | | |
| 471. | | | | | Cap Contrib | 09/26 | J | | |
| 472. | | | | | Cap Contrib | 10/02 | K | | |
| 473. | | | | | Cap Contrib | 12/19 | J | | |
| 474. | | | | | Cap Contrib | 12/28 | J | | |
| 475. Park Street Cap Natureal Resource Fd II AIV (PrivateEq) | | None | L | U | Cap Contrib | 01/03 | K | | |
| 476. Patron Capital LP II | E | Distribution | O | U | Cap Contrib | 05/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Cap Contrib | 07/31 | J | | |
| 478. Orion Eruopean Real Estate Fd II, C.V., LP | G | Distribution | M | U | Cap Contrib | 03/21 | L | | |
| 479. | | | | | Cap Contrib | 07/10 | K | | |
| 480. US Dublin LLC | | None | L | U | | | | | |
| 481. Aberdeen Bus Tr Asia Pac Ex Japan Fd LP | G | Distribution | P1 | U | | | | | |
| 482. Europa Fund II US LP | G | Distribution | P1 | U | Cap Contrib | 02/07 | L | | |
| 483. | | | | | Cap Contrib | 06/04 | L | | |
| 484. | | | | | Cap Contrib | 12/03 | N | | |
| 485. Hephaestion LP | | None | | | Cap Contrib | 03/12 | M | | |
| 486. | | | | | Cap Contrib | 03/20 | M | | |
| 487. | | | | | Full Distn | 04/19 | P1 | | See note VIII |
| 488. Weston Presidio V LP | | None | M | U | Cap Contrib | 01/12 | K | | |
| 489. | | | | | Cap Contrib | 03/09 | J | | |
| 490. | | | | | Cap Contrib | 03/13 | J | | |
| 491. | | | | | Cap Contrib | 04/10 | K | | |
| 492. | | | | | Cap Contrib | 08/10 | K | | |
| 493. | | | | | Cap Contrib | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  IL St Municipal Bds | E | Interest | N | T | | | | | |
| 495.  NJ Dev Auth Municipal Bds | D | Interest | N | T | | | | | |
| 496.  San Francisco, CA City & Cty Municipal Bds | B | Interest | | | Buy | 07/26 | M | | |
| 497. | | | | | Sell all | 11/19 | M | C | |
| 498.  Winston-Salem, NC Wtr & Swr Municipal Bds | E | Interest | | | Partl sale | 11/20 | M | A | |
| 499. | | | | | Sell all | 11/21 | N | | |
| 500.  Trust #18 | F | Distribution | P1 | W | | | | | |
| 501.  - Federated Govt Oblig Fd mm, cash equivalent | | | | | Withdrawal | 03/01 | L | | |
| 502. | | | | | Withdrawal | 04/11 | N | | |
| 503. | | | | | Withdrawal | 04/12 | M | | |
| 504. | | | | | Full W/D | 11/20 | P1 | | |
| 505. | | | | | Purchase | 01/03 | J | | |
| 506. | | | | | Purshase | 02/02 | J | | |
| 507. | | | | | Purchase | 03/02 | J | | |
| 508. | | | | | Purchase | 04/03 | J | | |
| 509. | | | | | Purchase | 06/04 | J | | |
| 510. | | | | | Purchase | 08/02 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Purchase | 09/05 | J | | |
| 512. | | | | | Purchase | 10/02 | J | | |
| 513. | | | | | Purchase | 11/01 | J | | |
| 514.  - Realty Assoicated Fund III Trust | | | | | Final Distn | 02/02 | K | E | |
| 515.  - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 516.  - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 517.  - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 518.  - Mashpee, MA GO Municipal Bds | | | | | | | | | |
| 519.  - MA Bay Transit Auth Municipal Bds | | | | | Sell all | 03/01 | J | | |
| 520.  - MA St Hsg Fin Agy Municipal Bds | | | | | Sell all | 12/03 | J | | |
| 521.  - MA St Wtr Pollution Municipal Bds | | | | | | | | | |
| 522.  - Orleans, MA Genl Oblig Municipal Bds | | | | | | | | | |
| 523.  - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 524.  - Weston, MA Gen'l Oblig Municipal Fds | | | | | | | | | |
| 525.  - Common Sense Partners, LP | | | | | Full W/D | 12/31 | N | C | |
| 526.  - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/06 | J | | |
| 527.  - MA St Genl Oblig Municipal Bd (new) | | | | | Buy | 02/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Buy | 12/07 | J | | |
| 529. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P1 | | |
| 530. | | | | | Purchase | 12/04 | J | | |
| 531. | | | | | Purchase | 12/26 | J | | |
| 532. | | | | | Purchase | 12/31 | J | | |
| 533. | | | | | Withdrawal | 11/23 | P1 | | |
| 534. | | | | | Withdrawal | 12/27 | L | | |
| 535. - PIMCO Foreign Bd Fd mutual fd (new) | | | | | Buy | 04/12 | L | | |
| 536. | | | | | Buy | 12/13 | J | | |
| 537. - Streettracks Gold Tr mutual fund (new) | | | | | Buy | 04/12 | L | | |
| 538. | | | | | Buy | 12/27 | L | | |
| 539. - US Treasury Bills (new) | | | | | Buy | 11/23 | P1 | | |
| 540. - Vanguard Energy Fd-Invest mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 541. | | | | | Buy | 12/18 | J | | |
| 542. - Vanguard Tax Mgd Cap App Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 543. - Vanguard Tax Mgd Sml Cap Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 544. - Vanguard Tax Mgd Int-Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  - Vanguard Emerging Markets mutual fund (new) | | | | | Buy | 04/10 | L | | |
| 546.  Trust #19 | D | Distribution | P1 | W | | | | | |
| 547.  - Federated Govt Oblig Fd mm, cash equivalent | | | | | Purchase | 01/03 | J | | |
| 548. | | | | | Purchase | 02/02 | J | | |
| 549. | | | | | Purchase | 03/02 | J | | |
| 550. | | | | | Purchase | 04/03 | J | | |
| 551. | | | | | Purchase | 06/04 | J | | |
| 552. | | | | | Purshase | 08/02 | J | | |
| 553. | | | | | Purchase | 09/05 | J | | |
| 554. | | | | | Purchase | 10/02 | J | | |
| 555. | | | | | Purchase | 11/01 | J | | |
| 556. | | | | | Withdrawal | 03/01 | L | | |
| 557. | | | | | Withdrawal | 04/11 | N | | |
| 558. | | | | | Withdrawal | 04/12 | M | | |
| 559. | | | | | Full W/D | 11/20 | P1 | | |
| 560.  - Realty Associated Fund III Trust | | | | | Final Distn | 02/02 | K | E | |
| 561.  - Northhampton, MA Unltd Tax GO Municipal Fds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 563. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 564. - Mashpee, MA GO Municipal Bds | | | | | | | | | |
| 565. - MA Bay Transit Auth Municipal Bds | | | | | Sell all | 03/01 | J | | |
| 566. - MA St Hs Hin Agy Municipal Bds | | | | | Sell all | 12/03 | J | | |
| 567. - Orleans MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 568. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 569. - Weston, MA Gen;l Oblg Municipal Bds | | | | | | | | | |
| 570. - Common Sense Partners, LP | | | | | Full W/D | 12/31 | N | C | |
| 571. - MA St Wtr Polltn Municipal Bds | | | | | | | | | |
| 572. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/06 | J | | |
| 573. - MA St Genl Oblig Municipal bd (new) | | | | | Buy | 02/22 | K | | |
| 574. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/27 | J | | |
| 575. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P1 | | |
| 576. | | | | | Purchase | 12/04 | J | | |
| 577. | | | | | Purchase | 12/26 | J | | |
| 578. | | | | | Purchase | 12/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Withdrawal | 11/23 | P1 | | |
| 580. | | | | | Withdrawal | 12/27 | L | | |
| 581.   - PIMCO Foreign Bd Fd mutual fd (new) | | | | | Buy | 04/12 | L | | |
| 582. | | | | | Buy | 12/13 | J | | |
| 583.   - Streettracks Gold Tr mutual fund (new) | | | | | Buy | 04/12 | L | | |
| 584. | | | | | Buy | 12/27 | L | | |
| 585.   - US Treasury Bills (new) | | | | | Buy | 11/23 | P1 | | |
| 586.   - Vanguard Energy Fd-Invest mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 587. | | | | | Buy | 12/18 | J | | |
| 588.   - Vanguard Tax Mgd Cap App Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 589.   - Vanguard Tax Mgd Sml cap Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 590.   - Vanguard Tax Mgd Int-Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 591.   - Vanguard Emerging Markets mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 592. Trust #20 | D | Distribution | P1 | W | | | | | |
| 593.   - Federated Govt Oblig mm Fd cash equivalent | | | | | Purchase | 01/03 | J | | |
| 594. | | | | | Purchase | 02/02 | J | | |
| 595. | | | | | Purchase | 03/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Purchase | 04/03 | J | | |
| 597. | | | | | Purchase | 06/04 | J | | |
| 598. | | | | | Purchase | 08/02 | J | | |
| 599. | | | | | Purchase | 09/05 | J | | |
| 600. | | | | | Purchase | 10/02 | J | | |
| 601. | | | | | Purchase | 11/01 | J | | |
| 602. | | | | | Withdrawal | 03/01 | L | | |
| 603. | | | | | Withdrawal | 04/11 | N | | |
| 604. | | | | | Withdrawal | 04/12 | M | | |
| 605. | | | | | Full W/D | 11/20 | P1 | | |
| 606. - Realty Associates Fund III Trust | | | | | Final Distn | 02/02 | K | E | |
| 607. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 608. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 609. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 610. - Mashpee, MA GO Municipal Bds | | | | | | | | | |
| 611. - MA Bay Transit Auth Municipal Bds | | | | | Sell all | 03/01 | K | B | |
| 612. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 614. - Weston, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 615. - Common Sense Partners, LP | | | | | Full W/D | 12/31 | N | C | |
| 616. - MA St Wtr Polltn Municipal Bds | | | | | | | | | |
| 617. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/06 | J | | |
| 618. - MA St Genl Oblig Municipal bd (new) | | | | | Buy | 02/22 | K | | |
| 619. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purchase | 12/27 | J | | |
| 620. - Federated USTreas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P1 | | |
| 621. | | | | | Purchase | 12/04 | J | | |
| 622. | | | | | Purchase | 12/26 | J | | |
| 623. | | | | | Purchase | 12/31 | J | | |
| 624. | | | | | Withdrawal | 11/23 | P1 | | |
| 625. | | | | | Withdrawal | 12/27 | L | | |
| 626. - PIMCO Foreign Bd Fd mutula fd (new) | | | | | Buy | 04/12 | L | | |
| 627. | | | | | Buy | 12/13 | J | | |
| 628. - Streettracks Gold Tr mutual fd (new) | | | | | Buy | 04/12 | L | | |
| 629. | | | | | Buy | 12/27 | L | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | ● =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - US Treasury Bills (new) | | | | | Buy | 11/23 | P1 | | |
| 631. - Vanguard Energy Fd-Invest mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 632. | | | | | Buy | 12/18 | J | | |
| 633. - Vanguard Tax Mgd Cap App Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 634. - Vanguard Tax Mgd Sml Cap Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 635. - Vanguard Tax Mgd Int-Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 636. - Vanguard Emerging Markets mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 637. Trust #21 | D | Distribution | P1 | W | | | | | |
| 638. - Federated Govt Oblig mm Fd cash equivalent | | | | | Purchase | 01/03 | J | | |
| 639. | | | | | Purshase | 02/02 | J | | |
| 640. | | | | | Purchase | 03/02 | J | | |
| 641. | | | | | Purchase | 04/03 | J | | |
| 642. | | | | | Purchase | 06/04 | J | | |
| 643. | | | | | Purchase | 08/02 | J | | |
| 644. | | | | | Purchase | 09/05 | J | | |
| 645. | | | | | Purchase | 10/02 | J | | |
| 646. | | | | | Purchase | 11/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Withdrawal | 03/01 | L | | |
| 648. | | | | | Withdrawal | 04/11 | N | | |
| 649. | | | | | Withdarwal | 04/12 | M | | |
| 650. | | | | | Full W/D | 11/20 | P1 | | |
| 651. - Realty Associates Fund III Trust | | | | | Final Distn | 02/02 | K | E | |
| 652. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 653. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 654. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 655. - Mashpee, MA GO Municipal Bds | | | | | | | | | |
| 656. - MA Bay Transit Auth Municipal Bds | | | | | Sell all | 03/01 | J | | |
| 657. - MA St Hsg Fin Agy Municipal Bds | | | | | Sell all | 12/03 | J | | |
| 658. - MA St Wtr Pollution Municipal Bds | | | | | | | | | |
| 659. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 660. - Weston, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 661. - Common Sense Partners, LP | | | | | Full W/D | 12/31 | N | C | |
| 662. - Bear Stearns Munifd cash equiv | | | | | Full W/D | 12/06 | J | | |
| 663. - MA St Genl Oblig Municipal bd (new) | | | | | Buy | 02/22 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - UBS RMA TaxFree Fd cash eq mutual fd (new) | | | | | Purshase | 12/07 | J | | |
| 665. - Federated US Treas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P1 | | |
| 666. | | | | | Purchase | 12/04 | J | | |
| 667. | | | | | Purchase | 12/26 | J | | |
| 668. | | | | | Purchase | 12/31 | J | | |
| 669. | | | | | Withdrawal | 11/23 | P1 | | |
| 670. | | | | | Withdrawal | 12/27 | L | | |
| 671. - PIMCO Foreign Bd Fd mutual fd (new) | | | | | Buy | 04/12 | L | | |
| 672. | | | | | Buy | 12/13 | J | | |
| 673. - Streettracks Gold Tr mutual fd (new) | | | | | Buy | 04/12 | L | | |
| 674. | | | | | Buy | 12/27 | L | | |
| 675. - US Treasury Bills (new) | | | | | Buy | 11/23 | P1 | | |
| 676. - Vanguard Energy Fd mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 677. | | | | | Buy | 12/18 | J | | |
| 678. - Vanguard Tax Mgd Cap App Inv muutal fd (new) | | | | | Buy | 04/10 | M | | |
| 679. - Vanguard Tax Mgd Sml Cap Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |
| 680. - Vanguard Tax Mgd Int-Inv mutual fd (new) | | | | | Buy | 04/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Vanguard Emerging Markets mutual fd (new) | | | | | Buy | 04/10 | L | | |
| 682. TA Investors L.P | A | Distribution | J | W | | | | | |
| 683. Liberty Square Partners LP | G | Distribution | P1 | U | | | | | |
| 684. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 685. Centerbridge Cap Ptnrs LP (Priv. Eq) | A | Distribution | M | U | Cap Contrib | 01/22 | K | | |
| 686. | | | | | Cap Contrib | 02/27 | L | | |
| 687. | | | | | Cap Contrib | 07/02 | J | | |
| 688. | | | | | Cap Contrib | 07/31 | L | | |
| 689. | | | | | Cap Contrib | 09/27 | L | | |
| 690. Chilton Invstmt Co LLC (Priv Eq ) | | None | P1 | U | | | | | |
| 691. Global Hotel Cap B V (priv Eq) | | None | M | U | | | | | |
| 692. Hephaestion Co-Invest I LP (Priv Eq) | | None | | | Cap Contrib | 01/09 | M | | |
| 693. | | | | | Full Distn | 04/16 | O | | See note VIII |
| 694. Lime Rock Partners IV LP | | None | N | U | Cap Contrib | 01/03 | J | | |
| 695. | | | | | Cap Contrib | 02/16 | L | | |
| 696. | | | | | Cap Contrib | 05/03 | J | | |
| 697. | | | | | Cap Contrib | 06/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Cap Contrib | 07/06 | K | | |
| 699. | | | | | Cap Contrib | 09/04 | K | | |
| 700. | | | | | Cap Contrib | 11/02 | K | | |
| 701. | | | | | Cap Contrib | 12/14 | L | | |
| 702. Park St Cap Priv Eq Fd VII A LP | D | Distribution | M | U | Cap Contrib | 01/04 | J | | |
| 703. | | | | | Cap Contrib | 03/06 | J | | |
| 704. | | | | | Cap Contrib | 04/04 | K | | |
| 705. | | | | | Cap Contrib | 06/12 | J | | |
| 706. | | | | | Cap Contrib | 06/26 | J | | |
| 707. | | | | | Cap Contrib | 07/02 | K | | |
| 708. | | | | | Cap Contrib | 08/31 | K | | |
| 709. | | | | | Cap Contrib | 10/16 | K | | |
| 710. | | | | | Cap Contrib | 12/19 | J | | |
| 711. | | | | | Cap Contrib | 12/26 | J | | |
| 712. Park St Cap Natural Res Fd III LP (priv Eq) | | None | N | U | Cap Contrib | 06/27 | K | | |
| 713. | | | | | Cap Contrib | 08/22 | K | | |
| 714. | | | | | Cap Contrib | 10/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Cap Contrib | 11/26 | L | | |
| 716.   Polaris Vent Part Entrep Fd V LP | | None | M | U | Cap Contrib | 01/08 | L | | |
| 717. | | | | | Cap Contrib | 07/27 | K | | |
| 718. | | | | | Cap Contrib | 10/29 | K | | |
| 719. | | | | | Cap Contrib | 11/14 | K | | |
| 720. | | | | | Cap Contrib | 12/18 | K | | |
| 721.   Summit Ptrns Priv Eq Fd VII-A | D | Distribution | N | U | Cap Contrib | 02/02 | J | | |
| 722. | | | | | Cap Contrib | 04/16 | K | | |
| 723. | | | | | Cap Contrib | 04/20 | J | | |
| 724. | | | | | Cap Contrib | 05/09 | K | | |
| 725. | | | | | Cap Contrib | 05/18 | L | | |
| 726. | | | | | Cap Contrib | 06/15 | J | | |
| 727. | | | | | Cap Contrib | 06/18 | J | | |
| 728. | | | | | Cap Contrib | 06/21 | K | | |
| 729. | | | | | Cap Contrib | 08/30 | K | | |
| 730. | | | | | Cap Contrib | 10/25 | J | | |
| 731. | | | | | Cap Contrib | 12/03 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. TA X LP (Priv Eq) | G | Distribution | P1 | U | Cap Contrib | 03/30 | K | | |
| 733. | | | | | Cap Contrib | 04/27 | K | | |
| 734. | | | | | Cap Contrib | 05/30 | K | | |
| 735. | | | | | Cap Contrib | 06/11 | K | | |
| 736. | | | | | Cap Contrib | 06/14 | M | | |
| 737. | | | | | Cap Contrib | 07/30 | L | | |
| 738. | | | | | Cap Contrib | 08/27 | M | | |
| 739. | | | | | Cap Contrib | 09/06 | K | | |
| 740. | | | | | Cap Contrib | 10/11 | K | | |
| 741. | | | | | Cap Contrib | 11/30 | L | | |
| 742. Streettracks Gold Trust (mutual fd) | | None | P1 | T | Buy | 12/20 | P1 | | |
| 743. Milk Street Management Corp (SCorp) (x) Final Ord Income K-1 | C | Distribution | | | | | | | See note Part VIII. |
| 744. Realty Assoc Advisors - LACERA(x) | H1 | Distribution | | | | | | | See note Part VIII. |
| 745. Realty Assoc Fd V Corp (REIT) (x) | A | Dividend | J | W | | | | | |
| 746. AZ Health Facs Auth Municipal bonds (new) | | None | M | T | Buy | 12/21 | M | | |
| 747. AZ School Facs Municipal bonds (new) | | None | M | T | Buy | 11/26 | M | | |
| 748. Bloomington, MN Municipal bonds (new) | | None | N | T | Buy | 11/20 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Clackamas Cty, OR Municipal bonds (new) | A | Interest | | | Buy | 02/27 | M | | |
| 750. | | | | | Sell all | 03/05 | M | A | |
| 751. Elk River, MN Municipal bds (new) | | None | N | T | Buy | 12/28 | N | | |
| 752. Gloucester Cty, NJ Municipal bd (new) | B | Interest | | | Buy | 03/01 | M | | |
| 753. | | | | | Sell all | 06/20 | M | | |
| 754. Greenville, SC Municipal bds (new) | D | Interest | N | T | Buy | 01/02 | M | | |
| 755. | | | | | Buy | 12/28 | M | | |
| 756. Honolulu, HI City & Cty Municipal bds (new) | A | Interest | | | Buy | 11/20 | M | | |
| 757. | | | | | Sell all | 11/28 | M | B | |
| 758. IL Edl Facs Municipal bds (new) | | None | M | T | Buy | 12/28 | M | | |
| 759. King Cty, WA Municipal bds (new) | A | Interest | | | Buy | 06/29 | M | | |
| 760. | | | | | Sell all | 07/23 | M | A | |
| 761. LA Pub Facs Municipal bds (new) | C | Interest | | | Buy | 05/04 | M | | |
| 762. | | | | | Sell all | 11/27 | M | B | |
| 763. Mahoning Cty, OH Municipal bds (new) | B | Interest | | | Buy | 07/27 | L | | |
| 764. | | | | | Sell all | 12/18 | L | | |
| 765. Maricopa Cty, AZ Municipal bds (new) | | None | M | T | Buy | 12/27 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Miami University, OH Municipal bds (new) | A | Interest | | | Buy | 02/23 | M | | |
| 767. | | | | | Sell all | 03/19 | M | C | |
| 768. Minneapolis, MN Municipal bds (new) | C | Interest | M | T | Buy | 10/10 | M | | |
| 769. Minneapolis/St Paul, MN Municipal bds (new) | | None | M | T | Buy | 12/28 | M | | |
| 770. Missouri St Municipal bds (new) | B | Interest | | | Buy | 08/28 | N | | |
| 771. | | | | | Sell all | 09/19 | N | D | |
| 772. Montgomery Cty, PA Municipal fds (new) | D | Interest | N | T | Buy | 01/02 | N | | |
| 773. NJ St Municipal bds (New) | | None | N | T | Buy | 09/20 | N | | |
| 774. | | | | | Buy | 12/21 | M | | |
| 775. NY St Municipal bds (new) | C | Interest | | | Buy | 03/01 | M | | |
| 776. | | | | | Sell all | 10/04 | M | | |
| 777. OH St Municipal bds (new) | C | Interest | | | Buy | 11/21 | M | | |
| 778. | | | | | Sell all | 11/28 | M | B | |
| 779. Onslow, NC Municipal bds (new) | | None | M | T | Buy | 12/10 | M | | |
| 780. Orlando & Orange Cty, FL Municipal bds (new) | | None | M | T | Buy | 12/28 | M | | |
| 781. Regional Trans Dist, CO Municipal bds (new) | D | Interest | N | T | Buy | 04/12 | N | | |
| 782. San Antonio, TX Municipal bds (new) | | None | ● | T | Buy | 11/29 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. | | | | | Buy | 12/27 | N | | |
| 784. South Carolina St Municipal bds (new) | B | Interest | | | Buy | 07/20 | M | | |
| 785. | | | | | Sell all | 12/06 | M | D | |
| 786. Sweetwater, WY Municipal bds (new) | D | Interest | M | T | Buy | 01/02 | M | | |
| 787. TX St Hwy Municipal bds (new) | A | Interest | | | Buy | 09/27 | M | | |
| 788. | | | | | Sell all | 11/21 | M | A | |
| 789. University Idaho Municipal bds (new) | | None | M | T | Buy | 12/20 | M | | |
| 790. University Cincinnati, OH Municipal bds (new) | C | Interest | M | T | Buy | 02/07 | M | | |
| 791. UT Pwr Municipal bds (new) | B | Interest | | | Buy | 01/02 | L | | |
| 792. | | | | | Sell all | 07/26 | L | | |
| 793. VT St Municipal bds (new) | C | Interest | | | Buy | 03/05 | M | | |
| 794. | | | | | Sell all | 04/21 | M | C | |
| 795. Walled Lake, MI Municipal bds (new) | B | Interest | M | T | Buy | 08/10 | M | | |
| 796. WA St Municipal bds (new) | B | Interest | | | Buy | 03/28 | M | | |
| 797. | | | | | Sell all | 07/30 | M | | |
| 798. UBS RMA TaxFree Fd cash eq mutual fd (new) | A | Dividend | J | T | Purchase | 12/05 | J | | |
| 799. | | | | | Purchase | 12/06 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Purchase | 12/12 | K | | |
| 801. | | | | | Withdrawal | 12/17 | L | | |
| 802. Federated US Treas Cash Rsv cash eq mutual fd (new) | D | Dividend | P2 | T | Purchase | 11/20 | P2 | | |
| 803. | | | | | Purchase | 11/21 | J | | |
| 804. | | | | | Purchase | 12/04 | K | | |
| 805. | | | | | Purchase | 12/11 | K | | |
| 806. | | | | | Purchase | 12/17 | L | | |
| 807. | | | | | Purchase | 12/18 | K | | |
| 808. | | | | | Purchase | 12/20 | P2 | | |
| 809. | | | | | Purshase | 12/21 | P1 | | |
| 810. | | | | | Purchase | 12/26 | P2 | | |
| 811. | | | | | Purchase | 12/28 | M | | |
| 812. | | | | | Purchase | 12/31 | J | | |
| 813. | | | | | Withdrawal | 11/23 | P2 | | |
| 814. | | | | | Withdrawal | 11/26 | K | | |
| 815. | | | | | Withdrawal | 11/28 | K | | |
| 816. | | | | | Withdrawal | 11/30 | M | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Withdrawal | 12/03 | N | | |
| 818. | | | | | Withdrawal | 12/11 | J | | |
| 819. | | | | | Withdrawal | 12/14 | M | | |
| 820. | | | | | Withdrawal | 12/19 | L | | |
| 821. | | | | | Withdrawal | 12/24 | P2 | | |
| 822. | | | | | Withdrawal | 12/26 | P1 | | |
| 823. | | | | | Withdrawal | 12/31 | P1 | | |
| 824. US Treasury Bills (new) | F | Int./Div. | | | Buy | 11/19 | P2 | | |
| 825. | | | | | Partl sale | 12/19 | P2 | | |
| 826. | | | | | Sell all | 12/26 | P2 | | |
| 827. Celgene Corp, common (new) | | None | | | Receipt | 01/02 | L | | See note VIII |
| 828. | | | | | Sell all | 01/03 | L | F | |
| 829. Genentech Inc, common (new) | | None | | | Receipt | 01/02 | L | | See note VIII |
| 830. | | | | | Sell all | 01/03 | L | E | |
| 831. Local Motors Series A pfd closely held (new) | | None | J | W | Buy | 11/28 | J | | |
| 832. PIMC● Developing Local Mkt Fd mutual fd (new) | G | Dividend | P1 | T | Buy | 03/15 | P1 | | |
| 833. | | | | | Buy | 12/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | Name of Person Reporting | | | | Date of Report |
|---|---|---|---|---|---|---|---|---|
| | | | | SARIS, PATTI B | | | | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. Van Eck Intl Invest Gold A mutual fd (new) | G | Dividend | P2 | T | Buy | 12/21 | P2 | | |
| 835. | | | | | Buy | 12/31 | K | | |
| 836. Hephaestion II LP priv eq (new) | | None | M | U | Cap Contrib | 03/12 | L | | |
| 837. | | | | | Cap Contrib | 04/09 | M | | |
| 838. Hephaestion Retail LP priv eq (new) | | None | J | U | Cap Contrib | 06/25 | J | | |
| 839. Rutley Russia Ppty Fd priv eq (new) | B | Distribution | M | U | Cap Contrib | 02/27 | M | | |
| 840. | | | | | Cap Contrib | 09/18 | M | | |
| 841. Portland Globe Real Est Sec Fd LP (new) | | None | P1 | U | Cap Contrib | 06/25 | P1 | | |
| 842. Blackstone Distressed Securities Fd LP (new) | | None | P1 | U | Cap Contrib | 03/27 | P1 | | |
| 843. Penta Asia Domestic Partners LP (new) | | None | P1 | U | Cap Contrib | 12/31 | P1 | | |
| 844. PSC Luxembourg Hldgs LLC (new) | | None | K | U | Cap Contrib | 01/02 | K | | |
| 845. Park St Cap Nat Res Fd III Combined priv eq (new) | | None | M | U | Cap Contrib | 06/27 | K | | |
| 846. | | | | | Cap Contrib | 08/23 | K | | |
| 847. | | | | | Cap Contrib | 11/01 | L | | |
| 848. | | | | | Cap Contrib | 11/26 | L | | |
| 849. MECM Assoc II LLC closely held (new) | G | Int./Div. | | | Full Distn | 04/19 | P2 | | See VIII |
| 850. - Federated Govt Oblig cash eq mutual fd (new) | | | | | Purchase | 04/16 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Purchase | 06/04 | J | | |
| 852. | | | | | Purshcase | 07/03 | J | | |
| 853. | | | | | Purchase | 08/02 | J | | |
| 854. | | | | | Purchase | 09/05 | J | | |
| 855. | | | | | Purchase | 09/07 | P2 | | |
| 856. | | | | | Purchase | 10/02 | K | | |
| 857. | | | | | Purchase | 11/01 | K | | |
| 858. | | | | | Withdrawal | 06/21 | J | | |
| 859. | | | | | Full W/D | 11/20 | P2 | | |
| 860. - Hephaetion Co-Invst I priv eq | | | | | Receipt | 04/19 | O | | See note VIII |
| 861. - Hephaetion LP priv eq | | | | | Receipt | 04/19 | P1 | | See note VIII |
| 862. - Federated US Treas Cash Rsv cash eq mutual fd (new) | | | | | Purchase | 11/21 | P2 | | |
| 863. | | | | | Purchase | 12/04 | K | | |
| 864. | | | | | Purchase | 12/27 | P1 | | |
| 865. | | | | | Withdrawal | 11/23 | P2 | | |
| 866. | | | | | Withdrawal | 12/20 | M | | |
| 867. | | | | | Withdrawal | 12/31 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  - US Treasury Bills (new) | | | | | Buy | 11/23 | P2 | | |
| 869.  - High Vista I LP priv eq (new) | | | | | Cap Contrib | 12/20 | P1 | | |
| 870.  - Penta Asia Long Short Fd ltd priv eq (new) | | | | | Cap Contrib | 12/31 | P1 | | |
| 871.  Trust # 22 (new) | G | Int./Div. | P2 | W | | | | | |
| 872.  - MECM Assoc II LLC closely held | | None | | | Receipt | 04/19 | P2 | | See note VIII |
| 873.  Trust #23 (new) | | None | P1 | T | | | | | See note VIII |
| 874.  - US Treasury Bills | | | | | Receipt | 12/19 | P1 | | |
| 875.  Trust #24 (new) | | None | P1 | T | | | | | See note VIII |
| 876.  - US Treasury Bills | | | | | Receipt | 12/19 | P1 | | |
| 877.  Trust #25 (new) | | None | P1 | T | | | | | See note VIII |
| 878.  - US Treasury Bills | | | | | Receipt | 12/19 | P1 | | |
| 879.  Trust #26 (new) | | None | P1 | T | | | | | See note VIII |
| 880.  - US Treasury Bills | | | | | Receipt | 12/19 | P1 | | |
| 881. | | | | | | | | | |
| 882. | | | | | | | | | |
| 883. | | | | | | | | | |
| 884. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | | | | | |
| 886. | | | | | | | | | |
| 887. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

2007 Financial Disclosure Report (FDR)

Part I. Postions -

Reference is made to Trust #3 and Trust #4 of which ▆▆▆ is a co-trustee. All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A. Items listed on calendar year 2006 Financial Disclosure Report (FDR) and excluded for calendar year 2007 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report, Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(l)(B)).

B. 2007 FDR, Part VII, notations -

No entry has been made in column D(4) for assets that realized a loss or no gain at maturity, disposition, or sale.

Item #21: Zoom Information Inc Cl B was a non-cash distribution form ADD Ventures was rolled over to IRA Rollover - see item 288.
Item #53: See notation to item #292.
Item #133: Trust #12 terminated in 2007 resulting in the distribution of assets equally to four new trusts.
   On 12/19 Trust #12's remainng cash and assets, being US Teasury Bills item # 146, were received by Trusts reported as Trust #23, Trust #24, Trust #25, and Trust #26 (see item #s 874, 876, 878, & 880).
Item #288: Zoom Information Inc Cl B received as a rollover from item #21.
Item #292: Shares of First Eagle Gold Fd Cl I were distributed to Trust #5.
Item #487: Hephaetion LP was distributed to MECM Associates II LLC (see item #861).
Item #693: Hephaetion Co-Invest LP was distributed to MECM Associates II LLC (see item #860).
Item #743: Item was not required to be reported in 2006; final distribtion was received in 2007 as noted.
Item #744: Item was not required to be reported in 2006; distribution was received in 2007 as noted.
Item #827: Celgene Corp was received as a non-cash distribution from a private equity investment, and sold upon receipt.
Item #829: Genentech was received as a non-cash distribution from a private equity investment, and sold upon receipt.
Item #849: MECM Associates II LLC - 100% interest was distributed to Trust #22 (see item #871).
Item #860 See item 693 notation above.
Item #861: See item 487 notation above.
Item #872: See notation above for item 849.
Item #873: Trust #23 represents 25% of terminated Trust #12.
Item #875: Trust #24 represents 25% of terminated Trust #12.
Item #877: Trust #25 represents 25% of terminated Trust #12.
Item #879: Trust #26 represents 25% of terminated Trust #12.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544